UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CHARLIE J. DARLING,<br><br>                Plaintiff,<br><br>vs.<br><br>JUDGE AMY EDDY; ALJ JOSHUA MORIGEAU; ALJ ELIZABETH LEMAN; CRYSTLE SELLERS; LEIGH ANNE MILLER; DIANE CLARK; KATHERINE MAXWELL; AND MONTANA CHILD SUPPORT SERVICES DIVISION (CSSD),<br><br>                Defendant. | Case No. CV-21-147-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

      IT IS ORDERED AND ADJUDGED that State Defendants' motion to dismiss (Doc. 8) and Defendant Maxwell's motion to dismiss (Doc. 10) are GRANTED. Plaintiff's Amended Complaint (Doc. 7) is DISMISSED WITH PREJUDICE.

      Dated this 11th day of January, 2023.

                                    TYLER P. GILMAN, CLERK

                                    By: /s/ Sarah Nagy
                                    Sarah Nagy, Deputy Clerk